UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:    Joyetta Nan Falvo          :          Case No.:  10-14672
                                     :
         DEBTOR                      :          Judge:  WHD
                                     :
                                     :          Chapter:  13


**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Comes now the Debtor in the above-referenced action and in response to the trustee's

motion to dismiss states as follows:

1.

Paragraph three of the trustee's motion is admitted.

2.

Debtor will provide the 2014 tax refund or increase the plan base prior to the date set by

the trustee for a hearing on the motion.

Respectfully submitted this 15th day of September, 2015.


_____/s/_____
Jayson R. Davis, Bar No.: 608053
Attorney for Debtor
Berry & Associates
2751 Buford Hwy
Suite 600
Atlanta, Georgia  30324

**Certificate of Service**

The foregoing was served this day upon Adam M. Goodman, Chapter 13 Trustee, 260 Peachtree Street, Suite 200, Atlanta, Georgia  30303 via a true and correct copy deposited in the United States Mail with adequate postage thereon.

This 16th day of September, 2015.


_____/s/_____
Jayson R. Davis, Bar No.: 608053
Attorney for Debtor
Berry & Associates
2751 Buford Hwy
Suite 600
Atlanta, Georgia  30324